**FILED**
**U.S. District Court**
**District of Kansas**
05/20/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WILLIAM MUIRURI,                                          )
                                                         )
                            Petitioner,                  )
        v.                                               )        Case No. 26-3125-JWL
                                                         )
TODD LYONS, Acting Director, ICE;                        )
Field Office Director, ICE ERO Kansas City; and          )
Warden, Midwest Regional Reception Center,               )
                                                         )
                            Respondents.                 )
                                                         )
_____  )

## ORDER

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. On May 13, 2026, the Court set briefing deadlines for litigation of the petition. On May 18, 2026, petitioner filed a motion for a temporary restraining order or a preliminary injunction (Doc. # 4), by which he seeks to enjoin his removal pending litigation of the petition. The Court **denies** the motion. As the Court has previously noted, it lacks jurisdiction to address a challenge to a removal order, and the requested injunction would constitute at least an indirect challenge to the Government's authority to remove petitioner. *See Abedi v. Carter*, 2025 WL 3209015, at *2 (D. Kan. Aug. 5, 2025) (Lungstrum, J.), *appeal filed* (10th Cir. Oct. 6, 2025). Moreover, petitioner has not shown a clear entitlement to relief, *see id.*, as he has not shown that he is likely to prevail on any claim that would affect the Government's ability to remove him at any time.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner's motion for a temporary restraining order or a preliminary injunction (Doc. # 4) is hereby **denied**.

IT IS SO ORDERED.

Dated this 20th day of May, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge